ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

KELSEY DAVIDSON (CABN 322323)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6842
    FAX: (415) 436-6753
    kelsey.davidson@usdoj.gov

Attorneys for United States of America

**FILED**
Jun 24 2024
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ADI MICLESU,<br><br>    Defendant. | CASE NO. 4:24-CR-0193-JST<br><br>MOTION TO PARTIALLY UNSEAL AND INITIATE ELECTRONIC FILING AND ORDER |

      On March 28, 2024, the United States obtained an Indictment containing four counts against two defendants. The Indictment was sealed at the government's request because, at the time, both of the charged defendants had not yet been arrested. One of the defendants has since been arrested and made his initial appearance in the Northern District of California on June 17, 2024. In order to facilitate the administration of the case, the United States now moves to partially unseal the Indictment <u>as to MICLESU only</u>. Attached here as Exhibit A is the Indictment with proposed redactions. The redacted information relates to the defendant who is not yet in custody. The redactions will serve to protect against the risk of flight and the potential destruction of evidence. The redactions will also ensure agents safety in the execution of the outstanding arrest warrant.

      The United States respectfully requests that the Court direct the Clerk's Office to file the redacted

Indictment on ECF and designate the case for electronic filing.

DATED: June 21, 2024

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

  /S/
KELSEY C. DAVIDSON
Assistant United States Attorney

## ORDER

Based upon the motion of the United States and for good cause shown, the United States' motion to partially unseal the Indictment is GRANTED. The Clerk's Office is hereby ordered to file the redacted Indictment on ECF and designate the case for electronic filing.

IT IS SO ORDERED.

DATED: ___June 24, 2024___

HON. KANDIS A. WESTMORE
United States Magistrate Judge