ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

KELSEY DAVIDSON (CABN 322323)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    kelsey.davidson@usdoj.gov

Attorneys for United States of America

**FILED**

Jun 24 2024

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ADI MICLESU,<br><br>    Defendant. | CASE NO. 4:24-CR-0193-JST<br><br>**STIPULATION TO CONTINUE DETENTION HEARING AND ORDER** |

On June 17, 2024, the defendant in the above-captioned case appeared for an initial appearance and appointment of counsel. A detention hearing was set for June 25, 2024. Counsel for the government is unavailable on June 25, 2026, and respectfully requests a continuance to June 26, 2024. The defense has no objection. Because there is a pending detention motion, time is excluded until the date of the detention hearing. *See* 18 U.S.C. 3161(h)(1)(D).

The undersigned Assistant United States Attorney certifies that she has obtained approval from counsel for the defendant to file this stipulation and proposed order.

**IT IS SO STIPULATED.**

//

//

STIPULATION TO CONTINUE AND ORDER
4:24-CR-0193-JST                                     1

| | | |
|---|---|---|
| 1 | DATED: June 21, 2024 | /s/ |
| 2 | | KELSEY C. DAVIDSON<br>Assistant United States Attorney |
| 3 | | |
| 4 | DATED: June 21, 2024 | /s/<br>MARK MCKINNESS |
| 5 | | Counsel for Defendant Adi Miclesu |

**IT IS SO ORDERED.**

DATED: June 24, 2024

*Kandis Westmore*
HON. KANDIS A WESTMORE
United States Magistrate Judge

STIPULATION TO CONTINUE AND ORDER
4:24-CR-0193-JST                                    2